UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR GARCIA,

                Petitioner,

  v.

FEDERAL BUREAU OF PRISONS, *et al.*

                Respondents.

Case No. C11-1029-JCC

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 20).

(2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

//

//

//

ORDER DENYING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 9th day of March 2012.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING PETITION FOR WRIT
OF HABEAS CORPUS - 2